**FILED**

JUL 2 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  LAW OFFICES OF ROBERT C. MOEST
   Robert C. Moest, SBN 62166
2  2530 Wilshire Boulevard, Second Floor
   Santa Monica, California 90403
3  (310) 915-6628 (voice)
   (310) 915-9897 (fax)
4
   Attorneys for Plaintiff
5  Jackie Spencer

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                       SACRAMENTO DIVISION

10

11  JACKIE SPENCER,                    )   Case No. 2:05-cv-1372 GEB DAD
                                       )
12              Plaintiff,             )
                                       )   SUBSTITUTION OF ATTORNEY;
13      vs.                            )   (PROPOSED) ORDER
                                       )
14  DEPARTMENT OF WATER RESOURCES,)
    et al.,                            )
15                                     )
                Defendant.             )
16  _____)

17

18      Plaintiff JACKIE SPENCER hereby substitutes ROBERT C. MOEST as retained

19  counsel on her behalf, in place and in stead of herself, as attorney in propria persona. His

20  address is as stated above, 2530 Wilshire Boulevard, Second Floor, Santa Monica,

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                       1
                           SUBSTITUTION OF ATTORNEY

1 | California 90403. His telephone number is ( 310 ) 915-6628 and his fax number is ( 310 )

2 | 915-9897.

3 | Dated: July 18, 2005                                    RESPECTFULLY SUBMITTED,

4 |

5 |

6 | .                                                       _____
                                                        Jackie Spencer
                                                        Plaintiff

7 |

8 | I agree to the substitution as set forth above.

9 | Dated: July 18, 2005                                    RESPECTFULLY SUBMITTED,

10 |                                                        LAW OFFICES OF
                                                        ROBERT C. MOEST
11 |                                                        Robert C. Moest

12 |

13 |                                                        By_____
                                                        Robert C. Moest

14 |                                                        Attorney for Plaintiff
                                                        Jackie Spencer

15 |

16 |

17 |                              (PROPOSED) ORDER

18 |      IT IS SO ORDERED.

19 |

20 | Dated: 8/18/05                        _____
                                      MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

                                   2
                          SUBSTITUTION OF ATTORNEY

1 | California 90403. His telephone number is ( 310 ) 915-6628 and his fax number is ( 310 )

2 | 915-9897.

3 | Dated: July 18, 2005                           RESPECTFULLY SUBMITTED,

4

5 | *[signature]*

6 |                                                Jackie Spencer
 |                                                Plaintiff

7

8 | I agree to the substitution as set forth above.

9 | Dated: July 18, 2005                          RESPECTFULLY SUBMITTED,

10 |                                               LAW OFFICES OF
 |                                                ROBERT C. MOEST
11 |                                               Robert C. Moest

12

13 |                                               By: *[signature]*
 |                                                    Robert C. Moest
14 |                                               Attorney for Plaintiff
 |                                                Jackie Spencer
15

16

17 |                          (PROPOSED) ORDER

18 |      IT IS SO ORDERED.

19

20 | Dated: _8/18/05_ _____              _[signature]_
 |              MAGISTRATE        JUDGE, UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

2
SUBSTITUTION OF ATTORNEY

1 | Proof of Service

2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

3 | I am employed in the County of Los Angeles, State of California. I am over the
4 | age of 18 and not a party to the within action; my business address is 2530 Wilshire Boulevard, Second Floor, Santa Monica, California 90403.

5 | On July 19, 2005, I served the following document:

6 | SUBSTITUTION OF ATTORNEY; (PROPOSED) ORDER

7 | on the interested parties in this action by placing a true and correct copy thereof enclosed in sealed envelopes addressed as follows:
8 |

9 | Susan E. Slager, Esq.
   | Deputy Attorney General
10 | 1300 "I" Street, Suite 125
    | P.O. Box 944255
11 | Sacramento, California 94244-2550

12 |

13 | I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.
14 | postal service on that same day with postage thereon fully prepaid in Los Angeles County, California, in the ordinary course of business. I am aware that on motion of the party
15 | served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
16 |

17 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. July 19, 2005, in Los Angeles County, California.

18 |

19 | _____
   | Robert C. Moest

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

PROOF OF SERVICE